COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Nikki Lauran Morgan

Appellate case number:    01-16-00530-CV

Trial court case number:    15–DCV–220434

Trial court:                        328th District Court, Fort Bend County

Nikki Lauran Morgan filed a petition for writ of mandamus in this Court on June 30, 2016. On July 1, 2016, she filed an opposed motion for emergency relief, stating that a hearing or trial was set for July 5, 2016, and asking that we issue a temporary stay to maintain the status quo.

We grant the motion. The portion of the order of June 13, 2016, directing Nikki Lauran Morgan to produce documents in response to request for production number 36 is **STAYED**, pending resolution of the petition for writ of mandamus.

Nathaniel Bradford Morgan is ordered to file a response to the petition for writ of mandamus **on or before July 15, 2016**.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                            ☑ Acting individually      ☐ Acting for the Court

Date: July 5, 2016